IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRUSTEES OF THE IRONWORKERS       :
LOCAL UNION NO. 16 PENSION        :
PLAN, et al.,                     :
    Plaintiffs                    :
                                  :
v.                                :   CIVIL NO. AMD 01-2665
                                  :
J.E.T., INC.,                     :
    Defendant                     :

...oOo...

ORDER

The court has been advised that defendant has filed a petition in the United States Bankruptcy Court for the District of Maryland, thus staying this action. This Order is deemed appropriate under the circumstances.

Accordingly, it is this 18th day of December, 2001, by the United States District Court for the District of Maryland, ORDERED

(1)   That this action is STAYED pending the action of the United States Bankruptcy Court for the District of Maryland or further order of this court; and it is further ORDERED

(2)   That the Clerk of the Court shall ADMINISTRATIVELY CLOSE THIS CASE pending further order of this Court and TRANSMIT a copy of this Order to all counsel.

                                              ANDRE M. DAVIS
                                              United States District Judge

